■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FEDOR LESCHENKO, Appellant. [718 NYS2d 607] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barbaro, J.), rendered October 19, 1999, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his identity beyond a reasonable doubt is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10). In any event, viewing the evidence in the

light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Santucci, J. P., Altman, Goldstein and McGinity, JJ., concur.